## CIMIOTTI UNHAIRING CO. v. NEARSEAL UNHAIRING CO.

(Circuit Court of Appeals, Second Circuit.   May 23, 1903.)

### No. 169.

**1. PATENTS—SUIT FOR INFRINGEMENT—REVIEW ON SECOND APPEAL.**
   Where the questions presented on an appeal from a final decree finding infringement of a patent do not differ in any material respect from those determined adversely to the appellant on a former appeal from an interlocutory order granting a preliminary injunction, and the membership of the court has changed in the meantime, such questions will not be again reviewed.

Appeal from the Circuit Court of the United States for the District of New York.

For prior report, see 118 Fed. 1021.

W. B. Greely, for appellant.
W. A. Redding and L. C. Raegener, for appellee.

Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM.   An examination of the record shows that this case as now presented upon an appeal from a final decree awarding an injunction does not differ in any particulars favorable to the appellant from the case as it was presented to this court upon an appeal from an order granting a preliminary injunction.   115 Fed. 507, 53 C. C. A. 161.   All the questions involved having been previously determined by this court adversely to the appellant, we think it would be unseemly to review them when the court is constituted by different judges, and that the decree should be affirmed upon the authority of that decision.

¶ 1. Previous adjudications as to validity and construction of patents, effect in Circuit Court of Appeals, see notes to National Cash Register Co. v. American Cash Register Co., 3 C. C. A. 565; Electric Co. v. Railway Co., 27 C. C. A. 427; Emigration Co. v. Gallegos, 32 C. C. A. 475.